UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**

March 12, 2026

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

CAI YANG,

        Defendant.

Case No.  2:26-mj-00021-CSK

**ORDER FOR RELEASE OF
PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  CAI YANG, Case No.  2:26-mj-00021-CSK , Charge 21 U.S.C. § 841(a)(1) from custody for the following reasons:

       Release on Personal Recognizance

       Bail Posted in the Sum of $

  x  Unsecured Appearance Bond $ 5,000.00 cosigned by Jia Neng Yang.

       Appearance Bond with 10% Deposit

       Appearance Bond with Surety

       Corporate Surety Bail Bond

  x  (Other):  Release delayed until 3/13/2026 at 9:00 AM with terms as stated on the record. Following release, defendant must directly report to the Pretrial Services Office on 501 I Street, 2nd Floor, Suite 2-400, Sacramento, CA 95814.

Issued at Sacramento, California on March 12, 2026 at  2:25 PM.

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE